# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V<br><br>Ubaldo VASQUEZ-Vargas<br>AKA: Humberto Zavala Espinoza<br>A76 345 977<br>DOB: 1975<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 10-8142M<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a)<br>Re-entry After Removal (Felony). |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about 10/16/2010, Defendant Ubaldo VASQUEZ-Vargas, an alien, attempted to enter the United States, at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through Calexico, California on or about 9/17/2010. The Secretary of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Rodolfo H. Di Bene
Enforcement officer

Sworn to before me and subscribed in my presence,
10/18/2010 at Yuma, Arizona
Date                                                          City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                 Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

V.

Ubaldo VASQUEZ-Vargas
AKA: Humberto Zavala Espinoza
A76 345 977
DOB: 1975
Citizen of Mexico

**IMMIGRATION RECORD:**

9/17/2010    Removal from the United States to Mexico via Calexico, California

**CRIMINAL RECORD:**

03/20/2010   United States District Court, Southern District of California

            Attempted Illegal Entry with counterfeit document

            Guilty: 6 months jail

02/29/2008   Municipal Court San Jose, California

            Force/adw not firearm, gbi- 2 yrs probation

01/11/2002   SC Santa Clara, California

            Poss Narc cntrl substance

            Use/under influence cntrl substance

            DUI alcohol/0.08 percent

            Guilty: 2 yrs probation

12/15/1997   MC Modesto, California

            Assault- convicted prob/jail

**SYNOPSIS:**

The complainant states that this complaint is based upon the statements of the apprehending officers, that VASQUEZ applied for admission on or about 10/16/2010, at the San Luis, Arizona Port of Entry. Questioning revealed that VASQUEZ is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

UNITED STATES OF AMERICA

V.

Ubaldo VASQUEZ-Vargas
AKA: Humberto Zavala Espinoza
A76 345 977
DOB: 1975
Citizen of Mexico

On 10/16/2010, at the San Luis, Arizona Port of Entry, VASQUEZ, attempted to enter the United States through the pedestrian lanes, by presenting a DSP-150 bearing the name of Humberto Zavala Espinoza and claimed to be this person to the primary officer. The primary officer referred VASQUEZ to secondary for further inspection.

VASQUEZ was advised of his rights per form I-214 which he signed acknowledging he understood them and opted to answer questions without the presence of counsel. VASQUEZ admitted that he is aware that his actions are in violation of law and that he had obtained the document he presented from a person known to him as "Dona Chaio."

The officers submitted VASQUEZ' fingerprints to the IDENT/IAFIS database which yielded a positive match and revealed the above mentioned criminal history and removal from the United States.

VASQUEZ is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.



Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed in my presence,

__10/18/2010__ at __Yuma, Arizona__
Date                                            City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer